COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Susie Barry-Taylor v. Allan Barry-Taylor

Appellate case number:    01-13-00781-CV

Trial court case number:  2012-25518

Trial court:              312th District Court of Harris County

        This is an appeal from a judgment signed on June 10, 2013.  Appellant filed his notice of appeal on June 10, 2013.  *See* TEX. R. APP. P. 26.1.  The record was due on October 8, 2013.  *See* TEX. R. APP. P. 4.1(a), 35.1.  The clerk's record was filed on October 22, 2013.  The reporter's record has not been filed.

        On October 16, 2013, the Clerk notified appellant that the court reporter responsible for preparing the record in this appeal had informed the Court that appellant had not requested preparation of the record or had not made arrangements to pay for the reporter's record.  The Clerk further notified appellant that unless appellant provided proof of having made payment arrangements for the reporter's record, or a response showing that she was exempt from paying for the reporter's record by November 15, 2013, the Court may consider and decide only those issues or points that do not require a reporter's record.  *See* TEX. R. APP. P. 37.3(c).

        Appellant has not provided the Court with evidence showing that she has paid or made arrangements to pay the court reporter.  Accordingly, the Court will consider and decide those issues or points that do not require a reporter's record for a decision.  *See id.*

        Appellant's brief is **ORDERED** filed with this Court within 30 days from the date of this order.  *See* TEX. R. APP. P. 38.6(a).  Appellee's brief, if any, must be filed within 30 days after the date appellant's brief is filed.  *See* TEX. R. APP. P. 38.6(b).

        It is so ORDERED.


Judge's signature: /s/ Laura C. Higley
                   ☑ Acting individually    ☐ Acting for the Court

Date: January 28, 2014